IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. |
| VS. | |
| FEAURY M. AYAO | |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about December 17, 2020, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas FEAURY M. AYAO did unlawfully commit an assault by striking, beating, and wounding another, to wit: ELY T. AYAO JR., in violation of Title 18, United States Code, Section 113(a)(4). **(Assault) (Class A Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

*Robin Graham*
ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed    Feb 22, 2021

*Kenneth Gale*
HON. KENNETH G. GALE
U.S. Magistrate Judge